Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | Bankruptcy No. 09-23599 WTT |
|---|---|---|
| ANGELA HYER, | ) | Chapter 7 |
| Debtor. | ) | **DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 00.26% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 6 | Questar Gas<br>Bankruptcy DNR 244<br>1140 West 200 South<br>P.O. Box 3194<br>Salt Lake City, UT 84110-3194 | $0.20 |

| 3 | Chase Bank USA, N.A.<br>Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $1.15 |
| --- | --- | --- |
| 5 | Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61702 | $2.47 |
| 6 | GE Money Bank<br>c/o Recovery Management Systems Corp<br>25 S.E. 2nd Avenue<br>Suite 1120<br>Miami, FL 33131 | $0.39 |
| 7 | GE Money Bank<br>c/o Recovery Management Systems Corp<br>25 S.E. 2nd Avenue<br>Suite 1120<br>Miami, FL 33131 | $0.65 |

3.　A check in the amount of $4.86 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this _16th_ day of June, 2010.

_____
Gary E. Jubber, Trustee

ND: 4837-4876-2882, v. 1　　　　　2

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

_____